**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-cv-02169-ZLW

JOHN ERIC THOMAS,

    Plaintiff,

v.

JOSEPH E. GUNJA, Warden,
KATHLEEN HAWK SAWYER, F.B.O.P. Director, and
A. W. ROWLETT, Unit Manager,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's motion for a three-judge district court panel (Doc. #35) filed on November 14, 2011, is DENIED because this action was dismissed by order filed on March 20, 2003.

Dated:  November 15, 2011